E. L. Odom, Plaintiff in Error, vs. R. G. Funck and Gus
    E. Funck, partners under the firm name of Funck
    Bros., Defendants in Error.

Writ of error to Circuit Court, Bradford County;
Ryndon M. Call, Judge.

D. M. Gornto, for Plaintiff in Error.

Thos. E. Bugg, for Defendants in Error.

This action was brought by the defendants in error
against I. H. Ball, E. L. Odom and John Dekle. There
was judgment for the plaintiffs, and the defendant, E. L.
Odom, takes writ of error.

Writ of error dismissed on motion of counsel for
defendants in error.